# EXHIBIT P-1



# Borough of Steelton

## POLICE DEPARTMENT

*FREDERICK DOUGLAS MUNICIPAL BUILDING*
**123 N Front Street**
**Steelton, PA  17113**
**717-939-9841**
**www.steeltonpa.com**

**Honorable Ciera Dent, Mayor**

Dear Chief Shaub,

Effective Tuesday October 18th, 2022 I will be resigning as Detective and Officer of the Steelton Borough Police Department.

I would like to first thank you Chief, and my brothers and sisters, fellow Officers of the Steelton Police, and Mayor Dent for your support and opportunities that you all have provided to me over the last 7 plus years.

I have been honored to work alongside some of the best and professional Officers, and masters of policing who are talented, kind hearted and hard workers.

I wish all the best to you all, and promise to assist and support you as we go thought this transition.

Respectfully,

8/18/22

Detective Dory Martin
Steelton Borough Police Department

*Many Countries One People; Our Renaissance Starts Now*