# EXHIBIT P-2



# Borough of Steelton
## POLICE DEPARTMENT
FREDERICK DOUGLAS MUNICIPAL BUILDING
123 North Front Street
Steelton, PA 17113
717-939-9841
www.steeltonpa.com

Ciera Dent, Mayor                William Shaub, Interim Chief

Dory Martin
*1991 Market St.*
*Middletown, Pa. 17057*

Detective Martin:

Steelton Borough Police Department accepts, with regret, your resignation effective October 18, 2022. As we discussed, you made some social media posts on or before August 11, 2022 which violated the Department's regulations regarding social media and Department members. The penalty set forth in the Department's SOPs/GOs is an unpaid suspension of 5-10 days.

As an alternative and lesser punishment, we have agreed with your union that you will serve an unpaid suspension of eight (8) days at times designated by the Borough. You have agreed that this would be acceptable to both you and your union and have countersigned this document evidencing same.

Thank you—from all members of the Steelton Community for your service.

Respectfully,

William Shaub
Interim Chief of Police


Det. Dory Martin

19 August 2022

*Many Countries One People; Our Renaissance Starts Now*