# EXHIBIT P-3

**From:** Mark Andreozzi <mandreozzi.776@gmail.com>
**Date:** August 22, 2022 at 16:28:04 EDT
**To:** William Shaub <wshaub@steeltonpa.com>
**Cc:** Dory Martin <dmartin@steeltonpa.com>
**Subject: Correction of Disciplinary Letter**

Dear Chief,
Please be advised that I have reviewed the attached letter of discipline regarding Dory Martin and have found that it includes some factual inaccuracies of which I am requesting that you please revise and reissue the letter. The Union did not agree to the term of the suspension but rather requested mitigation from the 5-10 day suspension called for by the policy to include the actual suspension being stayed. Additionally, the Union acknowledged that the Borough was in possession of a "post on social media" that was made by Dory Martin. That was the only acknoweldedemnt made by the Union. I would respectfully request that you reissue the letter and collect and destroy any copies of the inaccurate letter. I would also request that you provide me with the process by which the Borough arrives at the amount of discipline to be issued in a matter such as this. Thank you for your time and attention to this matter.
Respectfully submitted,

*Mark P. Andreozzi*
*Business Agent*
*Teamsters Local 776*
*(C) 717-304-1314*

<Dory Martin Disc Letter.pdf>