# EXHIBIT P-4

On Aug 28, 2022, at 5:56 PM, Dory Martin <dmartin@steeltonQa.com> wrote:

Interim Chief Shaub,

I respectfully rescind my resignation as detective and officer of the Steelton Borough Police Department that I provided to you on August 18, 2022.

Since the attack by K9 Officer Benny on Monday, June 20th , 2022  I have been struggling with PTSD and panic attacks.  When I was attacked I was qualifying with my firearm for yearly qualifications. I was actively shooting at the target when K9 Officer Benny attacked me.  I was not made aware, nor did I sign up for any K9 training that day. I am still currently being treated by Dr. Kambic through Workman's Comp.

I respectfully request that my payroll be changed to Heart and Lung as I am off on medical leave per Dr. Kambic under Workman's Comp.

I also respectfully request a hearing with Honorable Mayor Ciera Dent, and Steelton Borough Council members in regards to the eight day suspension without pay that was issued to me for violations of the Social Media Policy. Steelton Borough Article VI A131-43 does permit the hearing to be public. I request that the hearing is public.

 Any questions or concerns, please feel free to contact me, and also my Union Business Agent Mark Andreozzi.

Please coordinate the date and time of the hearing with Agent Mark Andreozzi.

Respectfully,

Detective Dory Martin
Steelton Borough Police Department
123 North Front Street
Steelton, PA 17113
Office: (717) 939-9841
Cell: (717) 425-0660
dmartin@steeltonpa.com

