# EXHIBIT P-5



# Borough of Steelton

## POLICE DEPARTMENT
FREDERICK DOUGLAS MUNICIPAL BUILDING
123 North Front Street
Steelton, PA 17113
717-939-9841
www.steeltonpa.com

Ciera Dent, Mayor                                William Shaub, Interim Chief

Dory Martin
*1991 Market St.*
*Middletown, Pa. 17057*

Detective Martin:

As you know, you resigned your position with the Steelton Borough Police Department on August 18, 2022, effective October 18, 2022. Steelton Borough (Steelton Police and Mayor) notified you in writing that it accepted your resignation on August 23, 2022.

On August 22, 2020, you provided the Borough with a physician's note indicating that you were able resume work on August 30, without restrictions. As such, the Borough had planned to allow you to continue to work as indicated by your physician until your previously accepted resignation date of October 18, 2022.

On August 28, 2022, you attempted to rescind the August 18th resignation that the Borough has already accepted. Please allow this letter to serve as notice that the Borough will not accept the rescission of your resignation as it has already accepted it. Your last day of service to the Borough shall be October 18, 2022.

You also claim that you are on medical leave, although the note the Borough has from Dr. Kambic indicates that you can return to duty, without restrictions effective August 30, 2022. The Borough is unaware of any filing for workers compensation and, as your injury has resolved itself, the Borough is unaware of any reason that you cannot return to work.

You claim to be suffering from PTSD and panic attacks, but you have provided no physician's note substantiating that issue. You have requested that your payroll designation be changed to Heart and Lung. Your request is denied.

The Borough cannot and will not do this as your injury has—to the extent it has any medical documentation—resolved and does not prohibit your return to duty. You are, again to the Borough's present knowledge, capable of performing the duties of a police officer.

Despite your ability to return to work, the Borough will mark you off on Administrative Leave with pay until September 19th 2022.

*Many Countries One People; Our Renaissance Starts Now*



# Borough of Steelton
## POLICE DEPARTMENT
FREDERICK DOUGLAS MUNICIPAL BUILDING
123 North Front Street
Steelton, PA 17113
717-939-9841
www.steeltonpa.com

Ciera Dent, Mayor                                           William Shaub, Interim Chief

You have also requested a hearing under Steelton Borough Article VI A131-43. Those provisions provide for a hearing in front of the Steelton Borough Civil Service Commission in the case of an officer who has received charges suspending them from duty following the receipt of appropriate charges. There is no provision for a public hearing in front of the Mayor and Council under the Rules and Regulations of the Civil Service Commission.

You and your union had previously agreed to a suspension from duty consistent with the Borough's General Orders and the Mayor acted to provide you notice of such a suspension consistent with that Agreement. Now, you are seeking a hearing in front of the Civil Service Commission thereby—presumably—also rescinding your prior agreement to the suspension.

Accordingly, the Borough will furnish you with a set of charges and note your desire for a public hearing in front of the Civil Service Commission. That hearing will be scheduled once those charges are furnished at a time and a place convenient for the Commission. You may, if you wish, be represented by legal counsel in front of the Civil Service Commission.

Officer Martin, it is the Borough's expectation that—unless there is some intervening reason to the contrary—that you will continue to work as a Detective until your previously designated and accepted resignation date of October 18, 2022. The Borough is providing you twenty days of Administrative Leave for you to do what is necessary to return to work even though you are cleared to do so. Following that, it is the expectation that you will return as designated to your scheduled shift of September 20th, 2022.

You may contact me should you have any questions.

Respectfully,

William Shaub
Interim Chief of Police

8-30-2022

*Many Countries One People; Our Renaissance Starts Now*