# EXHIBIT P-6





# Borough of Steelton

## POLICE DEPARTMENT

*FREDERICK DOUGLAS MUNICIPAL BUILDING*
123 North Front Street
Steelton, PA 17113
717-939-9841
www.steeltonpa.com

Ciera Dent, Mayor

William Shaub, Interim Chief


September 20, 2022

Dory Martin
*1991 Market St.*
*Middletown, Pa. 17057*

Detective Martin:

This letter is being provided to update you on your employment status with the Borough of Steelton Police Department. As you know, on August 18, you resigned your position with the Department, effective October 18, 2022. On August 23, I notified you, in writing, that your resignation was accepted. My acceptance of your resignation was brought before Borough Council at its public meeting last night at which time ***Council unanimously voted to ratify my acceptance of your resignation***. As such, your last day of employment with the Department will be October 18, 2022, as requested.

I am also in receipt of the fourth doctor's note you have provided, which, again, medically clears you to return to work, with no restrictions, on October 4, 2022. In light of the latest note, you will be placed on medical leave, utilizing your available sick time, through that date. Thereafter, you will be place on paid administrative leave through your resignation date. During this period, you are excused from performing any and all duties but will remain an employee of the Department. As such, you are directed and required to comply with all rules and regulations of the Department and any directives that you may receive from your supervisor.

You may contact me to set up a date and time to retrieve any remaining personal items and to return any Department property, including but not limited to, tactical vest uniform, Steelton I/D, MPOETC card and any Borough issued items that you may still have.

Finally, with regard to any pending or future employment action that may be taken against you, such employment action, including, but not limited to, the issuance of charges or the imposition of discipline, will be held in abeyance in light of your resignation. By accepting/ratifying your resignation, the Department/Borough does not waive its right to pursue these issues in the future.




# Borough of Steelton

## POLICE DEPARTMENT

*FREDERICK DOUGLAS MUNICIPAL BUILDING*
123 North Front Street
Steelton, PA 17113
717-939-9841
www.steeltonpa.com

Ciera Dent, Mayor

William Shaub, Interim Chief


Sincerely,

William Shaub
Sergeant/Interim Chief
Steelton Borough Police Department