**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DORY A. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF STEELTON, et al.,<br><br>Defendants. | No. 1:25-CV-02044-JKM |

**MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT OF DEFENDANTS BOROUGH OF STEELTON, BOROUGH OF STEELTON COUNCIL, WILLIAM SHAUB, CIERA DENT, BRIAN PROCTOR, MICHAEL A. SEGINA, DENEE HOUSE, NATASHIA WOODS, WILLIAM JONES, WILLIE SLADE AND KEONTAY R. HODGE**

Defendants, Borough of Steelton, Borough of Steelton Council, Chief William Shaub, Mayor Ciera Dent, Brian Proctor, Michael A. Segina, Denee House, Natashia Woods, William Jones, Willie Slade and Keontay R. Hodge (collectively the "Steelton Borough Defendants"), by and through their undersigned counsel, Siana Law, LLP, hereby file this Motion to Partially Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support thereof, the Steelton Borough Defendants incorporate the argument set forth in their supporting Memorandum of Law, which has been filed contemporaneously with this Motion.

**WHEREFORE**, the Steelton Borough Defendants respectfully request this Court grant their Motion to Partially Dismiss Plaintiff's Complaint and enter an Order consistent with the proposed order.

Respectfully submitted:

**SIANA LAW**

By: ______________________________

Andrew M. Rongaus, Esquire, I.D. #87423
Demetrios S. Mikelis, Esquire, I.D. #331964
Attorneys for Steelton Borough Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
amrongaus@sianalaw.com
dsmikelis@sianalaw.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DORY A. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF STEELTON, et al.,<br><br>Defendants. | No. 1:25-CV-02044-JKM |

**<u>CERTIFICATE OF NON-CONCURRENCE</u>**

Pursuant to Local Rule 7.1, Andrew M. Rongaus, Esquire hereby certifies that he sought concurrence in the Steelton Borough Defendants' Motion to Partially Dismiss Plaintiff's Complaint. Plaintiff is reviewing the merits of the basis of the Defendants' Motion and does not concur at this time.

Respectfully submitted,

**SIANA LAW**

Date: January 2, 2026 By: ______________________

Andrew M. Rongaus, Esquire, I.D. #87423
Demetrios S. Mikelis, Esquire, I.D. #331964
Attorneys for Steelton Borough Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
amrongaus@sianalaw.com
dsmikelis@sianalaw.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DORY A. MARTIN, Plaintiff, | : | No. 1:25-CV-02044-JKM |
| v. | : | |
| BOROUGH OF STEELTON, et al., Defendants. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that on this day a true and correct copy of the *Defendants' Motion to Partially Dismiss Plaintiff's Complaint* was served upon the following via ECF:

Bradford Dorrance, Esquire
Keefer, Wood, Allen & Rahal LLP
417 Walnut Street., 3rd Floor
Harrisburg, PA 17101

Michael McAuliffe Miller, Esquire
Renee Mattai Montgomery, Esquire
Theresa Davis, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101

Respectfully submitted:

**SIANA LAW**

Date: January 2, 2026 By: ______________________

Andrew M. Rongaus, Esquire, I.D. #87423
Demetrios S. Mikelis, Esquire, I.D. #331964
Attorneys for Steelton Borough Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
amrongaus@sianalaw.com
dsmikelis@sianalaw.com