**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DORY A. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF STEELTON, et al.,<br><br>Defendants. | No. 1:25-CV-02044-JKM |

**ORDER**

**AND NOW,** on this ________ day of ____________, 2026, upon consideration of the Motion to Partially Dismiss Plaintiff's Complaint of Defendants Borough of Steelton, Borough of Steelton Council, William Shaub, Ciera Dent, Brian Proctor, Michael A. Segina, Denee House, Natashia Woods, William Jones, Willie Slade and Keontay R. Hodge, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and claims against Defendants are dismissed as follows:

- All claims against Borough of Steelton Council are dismissed with prejudice.

- Defendants Brian Proctor, Michael A. Segina, Denee House, Natashia Woods, William Jones, Willie Slade and Keontay R. Hodge are dismissed.
- Defendant Mayor Ciera Dent is dismissed.
- The ADA Failure to Accommodate claim (under Count I) and PHRA Failure to Accommodate claim (under Count IV) are dismissed.
- Count III for Gender Discrimination (Title VII) is dismissed;
- Count V for Gender Discrimination (PHRA) is dismissed; and
- Any claims/allegations of constructive discharge are dismissed/stricken with prejudice.

The remaining claims are permitted to move forward. Plaintiff has 30 days from the date of this Order to file an Amended Complaint. Should no Amended Complaint be filed, the dismissal of any parties or claims that were dismissed without prejudice shall convert to dismissal with prejudice and the remaining Defendants shall file an Answer to the remaining claims in the Complaint in accordance with the Federal Rules of Civil Procedure.

**BY THE COURT:**

______________________________

Honorable Julia K. Munley