IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORY A. MARTIN,<br>    Plaintiff | : | No. 1:25cv2044 |
| | : | |
| | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF STEELTON; | : | |
| BOROUGH OF STEELTON | : | |
| COUNCIL; WILLIAM SHAUB, | : | |
| Chief, Borough of Steelton Police | : | |
| Department; and CIERA | : | |
| DENT, Mayor, Borough of Steelton | : | |
| Police Department, | : | |
|     Defendants | : | |

ORDER

**AND NOW**, to wit, this 21st day of July 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss, (Doc. 20), is **GRANTED** in part and **DENIED** in part;

2) Defendants' motion is **GRANTED** with respect to the claims asserted against the Borough of Steelton Council and the individual members of council;

3) Defendants' motion is otherwise **DENIED**; and

4) The Clerk of Court is directed to terminate the Borough of Steelton Council and the individual members of council as defendants in this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2